**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LARRY CARTER,** | ) | **CASE NO. 8:06CV603** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| **THE ADVISORY GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the parties' Amended Consent Protective Order dated March 28, 2007, the Defendant delivered to the Court copies of confidential documents identified as Exhibits 2, 3, and 4.  These documents are being offered in support of the Defendant's Motion for Partial Summary Judgment.  While the manner in which the documents have been provided to the Court is consistent with the Amended Consent Protective Order, the agreed-upon procedure does not effectively employ the features of the Court's Case Management/Electronic Case Filing ("CM/ECF") system.  For that reason,

IT IS ORDERED:

1.    The Clerk of the Court is directed to file under seal the documents previously provided directly to my chambers and identified as Exhibits 2, 3, and 4, and to attach them to the Defendant's Index of Evidence (Filing No. 36);

2.    For all future filings that are covered by the Amended Consent Protective Order, the parties are directed to file the documents *under seal* using the CM/ECF system; and

3.    Except for the manner in which the parties file confidential documents with the Court, which was set forth in paragraph 8 of the Amended Consent Protective Order and is hereby amended pursuant to the immediately

preceding paragraph, all other terms of the Amended Consent Protective

Order remain in full force and effect.

DATED this 4th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2