# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY CARTER,** | ) | **CASE NO. 8:06CV603** |
| Plaintiff, | ) | |
| V. | ) | **ORDER** |
| **THE ADVISORY GROUP, INC.,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Leave to File Amended Brief in Support of Motion for Partial Summary Judgment ("Stipulation"). The Court has received and reviewed the Stipulation. Being fully advised in the premises, the Court concludes that the relief requested in the Stipulation should be granted. Accordingly,

IT IS ORDERED:

1. The Stipulation for Leave to File Amended Brief (Filing No. 45) is approved and the relief requested therein is granted;

2. The Defendant, The Advisory Group, Inc., is granted leave to file its Amended Brief in Support of Motion for Partial Summary Judgment at the earliest possible date;

3. The date of filing the amended brief will relate back to the original date of filing of Defendant's Brief in Support of Motion for Partial Summary Judgment such that all current deadlines, including briefing deadlines, shall remain in place.

DATED this 18th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge