IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY CARTER<br><br>    Plaintiff,<br><br>v.<br><br>THE ADVISORY GROUP, INC.<br><br>    Defendant. | Case No. 8:06-cv-603<br><br>**ORDER EXTENDING FINAL PROGRESSION ORDER DEADLINES** |

THIS MATTER is before the court on the parties' Joint Motion to Extend Final Progression Order Deadlines. For good cause shown,

**IT IS ORDERED** that the Joint Motion to Extend Final Progression Order Deadlines [57] is granted, and the following deadlines are hereby extended:

a. The Deposition deadline is extended from June 22, 2007 to July 15, 2007; and

b. The Discovery deadline is extended to July 15, 2007.

The other progression order deadlines remain in effect.

**DATED May 10, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**