IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY CARTER,** | ) | **CASE NO. 8:06CV603** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **THE ADVISORY GROUP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

The matter before the Court is the Plaintiff Larry Carter's Motion (Filing No. 59), in which he seeks leave to amend his brief in opposition to the Defendant's Motion for Partial Summary Judgment. The Plaintiff represents that the amendment will relate to his response to the Defendant's statement of material facts. Being fully advised in the premises, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 59) is granted;

2. The Plaintiff is granted leave to file his amended brief in opposition to the Defendant's Motion for Partial Summary Judgment at the earliest possible date;

3. The date of filing the amended brief will relate back to the original date of filing of the Plaintiff's brief in opposition to the Defendant's Motion for Partial Summary Judgment.

DATED this 14th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge