IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CV603 |
| vs. | ) | |
| | ) | ORDER |
| THE ADVISORY GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The trial of this matter is currently set to begin on September 25, 2007. Plaintiff requests a continuance to November 13, 2007 due to lead counsel's scheduling conflict. Noting the defendant's opposition, the court finds that the motion should be granted.

**IT IS ORDERED** that plaintiff's MOTION FOR CONTINUANCE AND NEW TRIAL SETTING [66] is granted. The trial of this matter is continued to **November 13, 2007.** All other deadlines previously ordered remain in effect.

**DATED July 9, 2007.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**