IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY CARTER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE ADVISORY GROUP, INC.<br><br>　　　　Defendant. | Case No. 8:06-cv-603<br><br>**ORDER EXTENDING FINAL PROGRESSION ORDER DEADLINES** |

THIS MATTER is before the court on the parties' Joint Motion to Extend Final Progression Order Deadlines (Filing No. 77). For good cause shown,

**IT IS ORDERED** that the Joint Motion to Extend Final Progression Order Deadlines is granted, and the following deadlines are hereby extended:

a.　Pretrial Disclosure deadline from August 10, 2007 to September 28, 2007;

b.　Motions in Limine deadline from August 24, 2007 to October 12, 2007; and

c.　Final Pretrial Conference from August 30, 2007 to **October 22, 2007 at 10:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**DATED July 26, 2007.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**