**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| LARRY CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CV603 |
| vs. | ) | |
| | ) | ORDER |
| THE ADVISORY GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

As discussed during the final pretrial conference,

**IT IS ORDERED** that any motions in limine regarding Fed. R. Evid. 408 issues shall be filed no later than **October 29, 2007.** Responses thereto shall be filed by **November 2, 2007**.

**DATED October 23, 2007.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**