## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LARRY CARTER,** | **CASE NO. 8:06CV603** |
| **Plaintiff,** | |
| | **TRIAL ORDER** |
| v. | |
| **THE ADVISORY GROUP, INC.,** | |
| **Defendant.** | |

Upon request of the parties, the Court orders that the trial in this matter is continued to the week of March 17, 2008.

DATED this 29th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge