UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY CARTER, | ) | 8:06CV603 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| THE ADVISORY GROUP, INC., | ) | |
| Defendant. | ) | |

Defendant moves to reschedule the trial date. Plaintiff opposes the motion. The court has considered this matter, and based on a showing of good cause, it is hereby

ORDERED that the motion to continue (Docket 120) is granted. The case is assigned back to Judge Laurie Smith Camp, and she will issue a new scheduling order in the near future.

Dated March 14, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE