**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LARRY CARTER,** | ) | **CASE NO. 8:06CV603** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **THE ADVISORY GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the Court's own motion,

IT IS ORDERED that:

1.  The parties are granted leave to submit amended trial briefs, proposed jury instructions and verdict forms. Any amended documents must be submitted no later than five (5) working days before the July 15, 2008, trial date; and

2.  Any amended trial briefs, proposed jury instructions and verdict form(s) shall be filed electronically with the Clerk of the Court and e-mailed to my chambers, at smithcamp@ned.uscourts.gov.

DATED this 20th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge