**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LARRY CARTER,** | ) | **CASE NO. 8:06CV603** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **THE ADVISORY GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' objections to deposition and discovery designations. Upon review of the materials provided to the Court,

IT IS ORDERED that the parties' objections to deposition and discovery designations are overruled, with the exception of the following:

1. Defendant's objections to Manuel Deposition 29:17 to 30:8, and 35:23 to 36:12;

2. Defendant's objections to Grambsch Deposition 22:1 to 23:9;

3. Defendant's objections to Willensky Deposition 47:21 to 48:5, 66:3 to 66:10, 99:4 to 100:13, and 228:17 to 228:23;

4. Defendant's objections to Plaintiff's discovery designations, with the exception of Supplemental Answers to Plaintiff's Second Set of Interrogatories;

5. Plaintiff's objections to Manuel Deposition 50:10 to 50:25; and

6. Plaintiff's objections to Haddock Deposition 15:25 to 17:22, 89:9 to 89:14, and 91:8 to 91:12.

The Defendant will be allowed cross-designations for completeness, as requested, with respect to Plaintiff's deposition designations to which Defendant objected, when such objections were overruled;

The overruling of an objection does not imply that any exhibit referenced in such deposition testimony will necessarily be received into evidence; and

      If the Plaintiff testifies, the Defendants may use his deposition for impeachment purposes.

.      Dated this 9th day of July, 2008.

                               BY THE COURT:

                               s/Laurie Smith Camp
                               United States District Judge