IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY CARTER, | ) | CASE NO. 8:06CV603 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| THE ADVISORY GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been notified that the Clerk of the Court is in receipt of funds in this matter pursuant to the Court's Order of November 6, 2008 (Filing 181). The funds were received in the amount of $89,780.84. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court is directed to disburse the funds to the Plaintiff and the Plaintiff's attorney at Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102-2186;

2. The Plaintiff shall file a partial satisfaction of judgment upon receipt of the funds; and

3. Interest on any unpaid amount of the judgment remaining after such funds are disbursed shall continue to accrue at the amount set in the Judgment (Filing No. 164).

Dated this 31st day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge